```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -  x
                                :
UNITED STATES OF AMERICA        :   INDICTMENT
                                :
          - v. -                :   20 Cr.
                                :
MARK PUTNAM,                    :
                                :
          Defendant.            :
                                :
- - - - - - - - - - - - - - -  x
```

**20 CRIM 362**

### COUNT ONE

The Grand Jury charges:

On or about January 25, 2020, in the Southern District of New York, MARK PUTNAM, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, three 9-millimeter Federal Cartridge Company shell casings, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

_____
FOREPERSON

_____
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

v.

**MARK PUTNAM,**

Defendant.

### INDICTMENT

20 Cr.

(18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2.)

AUDREY STRAUSS
Acting United States Attorney

*(signature)*
Foreperson