**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 18, 2020

**BY ECF**

The Honorable Judge Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:** **United States v. Mark Putnam**
        **20 Cr. 362 (KPF)**

Honorable Judge Failla:

At the November 17, 2020 status conference in the above-captioned case, the Court directed the parties to confer and submit a proposed trial date. Given the Court's availability, the parties jointly respectfully request the Court adjourn this matter for trial on June 7, 2020. The parties are also available for trial on April 5, 2020.

The Government also requests, with the consent of defense counsel, that the Court exclude time through the scheduled trial date under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow the parties time to continue discussions concerning a possible pretrial disposition of this matter. See 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Marne L. Lenox
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc: Marguerite Colson, Assistant U.S. Attorney

Trial in this action shall commence on June 7, 2021, at 9:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The parties are hereby ORDERED to exchange drafts of their portions of the Joint Pretrial Order by no later than May 3, 2021. The parties are further ORDERED to file the Joint Pretrial Order, motions *in limine*, requests to charge, proposed *voir dire* questions, and pretrial memoranda of law (if any) by May 10, 2021.  Any opposition papers shall be filed by May 17, 2021.  Additionally, the parties are ORDERED to appear for a final pretrial conference on May 24, 2021, at 2:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between November 18, 2020, and June 7, 2021.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the defense to consider the options available to Mr. Putnam and, as appropriate, to allow the parties to consider a pre-trial disposition or to prepare for trial.

Dated:     November 18, 2020               SO ORDERED.
           New York, New York

                                           *Katherine Polk Failla*

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE