UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

MARK PUTNAM,

Defendant.

20 Cr. 362 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic.  Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.  On November 18, 2020, the parties informed the Court that they wished to proceed to trial during the week of June 7, 2021.  (*See* Dkt. #21).  The Court accordingly ordered that trial would commence on that date (Dkt. #22), and proceeded to request a jury trial for that date.

The Clerk's Office has now notified the Court that this case has been placed on the jury trial list for **June 1, 2021**.  The case must be trial-ready for that date.   The case is first on the list for jury trials for that day.  This means that the Clerk's Office has scheduled two back-up cases for the June 1, 2021 trial date.  If the case cannot proceed on the scheduled date, the parties must

notify the Court as soon as possible so that the Clerk's Office may allocate that

trial date to one of the back-up cases.

The Court previously entered a schedule for pretrial submissions,

pursuant to which any revised or supplemental jury charge request, proposed

*voire dire* questions, and motions *in limine* will be due **May 10, 2021**; and any

opposition papers to motions *in limine* will be due **May 17, 2021**.  (*See* Dkt.

#22).   A final pretrial conference is scheduled for **May 25, 2021**, at 2:00 p.m.

(See *id.*).

SO ORDERED.

Dated:        March 1, 2021
              New York, New York

_____
         KATHERINE POLK FAILLA
         United States District Judge