Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 4, 2021

**BY ECF**

The Honorable Judge Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



RE:  <u>United States v. Mark Putnam</u>
     20 Cr. 362 (KPF)

Honorable Judge Failla:

    I represent Mark Putnam in the above-captioned matter. The defense writes jointly with the Government to request a remote change of plea hearing on May 25, 2021 at 2 p.m.

    Mr. Putnam wishes to proceed with a remote proceeding to resolve this matter as expeditiously and safely as possible. Pursuant to the CARES Act, the parties agree that a change of plea hearing cannot be further delayed without serious harm to the interests of justice. *See* H.R. 748, Section 15002 *et seq.*, P.L. 116-136 (March 27, 2020) (noting that if the district judge finds that a plea "cannot be further delayed without serious harm to the interests of justice, the plea . . . may be conducted by video teleconference, or by telephone conference if video teleconferencing is not reasonably available"). Accordingly, the parties agree that a remote plea serves the interests of justice in this matter.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/ Marne L. Lenox
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:  Marguerite Colson, Assistant U.S. Attorney

Application GRANTED. The parties are hereby ORDERED to appear for change of plea hearing on May 25, 2021, at 2:00 p.m. The hearing shall take place by video. Instructions for accessing the conference will be distributed in advance of the conference.

Additionally, the trial scheduled to begin on June 1, 2021, is hereby ADJOURNED *sine die*. The deadlines for pretrial submissions (see Dkt. #23) are ADJOURNED *sine die*. As noted above, the final pretrial conference scheduled for May 25, 2021, shall be converted to a change of plea hearing.

Dated: May 4, 2021  
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE