**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 12, 2021

**BY ECF**

The Honorable Judge Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**RE:  United States v. Mark Putnam**
     **20 Cr. 362 (KPF)**

Honorable Judge Failla:

    I represent Mark Putnam in the above-captioned matter. Mr. Putnam's sentencing is currently scheduled for September 28, 2021 at 3:00 pm. I write to respectfully request a one-month adjournment of the sentencing. The Government consents to this request.

    An adjournment of sentencing is necessary for defense counsel to effectively represent Mr. Putnam. Despite having timely requested records in support of Mr. Putnam's sentencing, the defense is still awaiting certain records that we believe will assist the Court in determining the appropriate sentence for Mr. Putnam.

    Accordingly, the defense respectfully requests a one-month adjournment of Mr. Putnam's sentencing. The defense is unavailable on October 26 and October 28 but can make itself available another day that week or the following week.

    Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Marne L. Lenox*
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:     Marguerite Colson, Assistant U.S. Attorney

Application GRANTED. Mr. Putnam's sentencing scheduled for September 28, 2021, is hereby ADJOURNED to December 14, 2021, at 3:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Court's calender unfortunately prevents it from rescheduling Mr. Putnam's sentencing to a date in October. The Court has provided the parties with its soonest available sentencing date.

Defendant's sentencing submission shall be due two weeks before the sentencing date, and the Government's submission shall be due one week before that date.

Date:     September 13, 2021          SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE