```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :   Docket # 1:20-cr-00362-KPF-1
                                    :
    -against-                       :   ORDER
                                    :
Mark Putnam                         :
                                    :
        Defendant                   :
                                    :
------------------------------------X
```

Katherine Polk Failla, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed.

Dated: New York, New York
       September 16, 2021

SO ORDERED:

*[signature: Katherine Polk Failla]*

_____
Katherine Polk Failla
United States District Judge