**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 31, 2022

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



RE:   **United States v. Mark Putnam**
      20 Cr. 362 (KPF)

Dear Judge Failla:

  I write on behalf of Mark Putnam to respectfully request that the Court modify the docket in the above-captioned case to reflect Mr. Putnam's surrender date of March 14, 2022.

  On December 14, 2021, Your Honor sentenced Mr. Putnam to 27 months' incarceration followed by three years of supervised release in light of his conviction for unlawful possession of ammunition in violation of 18 § U.S.C. 922(g). The Court granted Mr. Putnam 90 days from the date of the imposition of sentence—March 14, 2022—to surrender himself to the designated facility.

  To date, Mr. Putnam has continued to remain in contact with his pretrial services officer as directed, including as recently as this morning. Earlier today, pretrial services alerted the parties that Mr. Putnam had been designated to FCI Elkton with a surrender date of January 28, 2022, as reflected on the docket.[1] Because Mr. Putnam believed that he had 90 days to surrender to the designated facility, he has not yet surrendered.

  In light of the Court's order at sentencing, Mr. Putnam respectfully requests the Court issue an order that Mr. Putnam need not surrender to the designated facility until March 14, 2022.

---

[1] Mr. Putnam has not yet received direct notice of his designated facility.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

cc:   Marguerite Colson, Assistant U.S. Attorney

```
Application GRANTED.  Mr. Putnam's surrender date shall be extended to
March 14, 2022.  The Clerk of Court is directed to terminate the pending
motion at docket entry 41.

Date:     January 31, 2022            SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE